

THE LAW OFFICES OF

# JOSEPH MONACO

January 25, 2024

<u>VIA ECF FILING</u>

*The initial Conference scheduled for March 18, 2024 will instead be held on February 15, 2024 at 11:00 AM.

Honorable James B. Clark, III
United States Magistrate Judge
for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

> Re:   Flores v. Paradise et al
> <u>Docket # 23 cv 22894-EP-JBC</u>

Dear Magistrate Judge Clark:

I represent the plaintiff in the above matter.  We have an initial conference scheduled before the Court on March 18, 2024.

Briefly, this matter stems from a motor vehicle involving a tractor trailer on March 29, 2022.  As a result of the accident, Ms. Flores is claiming serious injuries, *inter alia*, lumbar fusion at L5-S1.

I am writing, with the consent of defense counsel, to respectfully request that the Court accelerate this conference to an earlier date.  The reason for the request is that the 2 year statute of limitations expires on March 29, 2024 (my firm was only retained in mid-November 2023 and commenced the lawsuit on December 5, 2023).   We are concerned that there are potentially liable parities that need to be added as direct defendants before the filing deadline.

The parties remain available at the Court's convenience to address any questions or concerns.

SO ORDERED

s/James B. Clark
James B. Clark, U.S.M.J.

Date: 1/31/24

Regards,

*Joseph D. Monaco, III*

Joseph D. Monaco, Esq.

CC:   Leonard Leicht, Esq.
William Perrelli, Esq.

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com
*Admitted to Practice in NY & NJ*