

February 13, 2024

<u>VIA ECF FILING</u>

Clerk's Office
District of New Jersey
50 Walnut Street
Newark, NJ 07101

          Re:    Flores v. Paradise et al
                <u>Docket # 23 cv 22894-EP-JBC</u>

Dear Sir/Madam:

     I represent the plaintiff in the above matter. On February 1, 2024, we filed an amended complaint naming Esther Kubrock Dubosque as a direct defendant. Kindly issue a supplemental summons naming this new defendant.

     Thank you for your assistance.

                          Regards,

                          *Joseph D. Monaco, III*

                          Joseph D. Monaco, Esq.

CC:    William Perrelli, Esq.

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

*Admitted to Practice in NY & NJ*