# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

February 15, 2024

### <u>LETTER ORDER</u>

**Re:**     **<u>Flores v. Paradise Trips, LLC, et al.</u>**
          **Civil Action No. 23-22894 (EP)**

Dear Counsel,

Due to the failure of Defendants to appear, the initial conference scheduled in this matter for

**<u>February 15, 2024 at 11:00 AM</u>** is adjourned to **<u>February 21, 2024 at 1:30 PM</u>**. Defendants' failure to

appear for the rescheduled conference may result in the imposition of sanctions.

**IT IS SO ORDERED.**

_____s/ James B. Clark, III_____
**JAMES B. CLARK, III**
**United States Magistrate Judge**