## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:23-CV-22894-EP-JBC

Plaintiff:
**CHRISTINA FLORES**

vs.

Defendant:
**PARADISE TRIPS, LLC, ET AL**

STS2024024348

For:
Joseph Monaco, Esq.

Received by STATUS, L.L.C. to be served on **OEG BUILDING MATERIALS, INC., C/O RAIZY ROSNER, REG. AGENT, 6001 BORDENTOWN AVENUE, SAYREVILLE, NJ 08872**.

I, Christopher Obie, do hereby affirm that on the **3rd day of April, 2024** at **10:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case, Second Amended Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Maksym Rydzewski** as **Authorized Agent at R A address** for **OEG BUILDING MATERIALS, INC.**, at the address of: **C/O RAIZY ROSNER, REG. AGENT, 6001 BORDENTOWN AVENUE, SAYREVILLE, NJ 08872**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 185, Hair: Black, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.



*Christopher Obie*     04 / 04 / 2024

**Christopher Obie**

Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2024024348
Ref: N/A
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Doc ID: 3c720a756a571f9646afa1c671c4979efe37e1cb