**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINA FLORES, <br><br> Plaintiff, <br><br> vs. <br><br> PARADISE TRIPS, LLC, JAMES JOHNS, RUSH ENTERPRISES, INC., RUSH TRUCK LEASING INC., PACCAR INC., PACCAR LEASING CORPORATION, ESTHER DUBROCK DUBOSQUE, OEG BUILDING MATERIALS, INC., MILESTONE METALS, INC., JOHN DOE 1-10 (fictitious name), ABC CORP. 1-10 (fictitious name), <br><br> Defendants. | CIVIL ACTION NO.: 2:23-cv-22894-EP-JBC <br><br><br> **CERTIFICATE OF SERVICE OF OEG BUILDING MATERIALS, INC. ANSWER TO COMPLAINT** |

I hereby certify that the foregoing Answer and Affirmative Defenses on behalf of

Defendant, OEG Building Materials, Inc. was filed electronically on April 26, 2024 by using the

court's CM/ECF system.  Accordingly, notice of this filing will be sent to all parties by

operation of the Court's filing system.

**LAW OFFICES OF JAMES H. ROHLFING**

April 26, 2024                    By:  *D. Scott Conchar*

D. Scott Conchar (DC9259)
445 South Street, Suite 200
Morristown, NJ  07960
MAILING ADDRESS:  P.O. Box 2903
Hartford, CT  06104-2903
(973) 631-7309
E-mail:  DConchar@Travelers.com
Attorneys for Defendant, OEG Building
Materials, Inc.