**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

June 4, 2024

**LETTER ORDER**

Re:   **Flores v. Paradise Trips, LLC, et al.**
       **Civil Action No. 23-22894 (EP)**

Dear Counsel,

The Court is in receipt of a letter from Plaintiff, dated June 3, 2024, which states that Defendants failed to comply with the Court's May 21, 2024 Order [Dkt. No. 53]. *See* Dkt. No. 56. Upon review of Plaintiff's letter, the Court orders the following:

1) Defendants shall meet and confer with Plaintiff by no later than **June 17, 2024**.

2) The parties shall submit a **joint letter of five (5) pages or less** setting forth all outstanding discovery disputes following their meet and confer by **June 24, 2024**.

3) Defendants' failure to comply with this Order may result in the imposition of sanctions.

4) The telephone conference scheduled in this matter for **June 6, 2024 at 10:00 AM** is adjourned to **July 2, 2024 at 10:30 AM**.

**IT IS SO ORDERED.**

                                                                     s/ James B. Clark, III
                                                              **JAMES B. CLARK, III**
                                                              **United States Magistrate Judge**