# MARON MARVEL.

**William P. Perrelli**
Direct (201) 839.2065
wperrelli@maronmarvel.com

July 12, 2024

**VIA ECF**
Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

*The telephone conference is adjourned to August 8, 2024 at 11:00 AM.

SO ORDERED

*s/James B. Clark, III*
James B. Clark, III, USMJ

Dated: 7/16/2024

Re: **Flores v. Paradise Trips, LLC, et al.**
**Case No.: 2:23-cv-22894-EP-JBC**

Judge Clark:

As you are aware, this office represents Defendants Paradise Trips, LLC, James Johns, Rush Enterprises, Inc., Rush Truck Leasing, Inc., PACCAR Inc., PACCAR Leasing Corporation and Esther Kubrock Dubosque in the above-captioned matter. As you are further aware, a telephone conference for this matter has been scheduled to take place before Your Honor on July 23, 2024. Unfortunately, I have a Compliance Conference scheduled in a matter pending in New York State on July 23, 2024, at 11:20 a.m. Therefore, with the consent of all parties, Defendants respectfully request that the Court adjourn the telephone conference to August 5, 2024.

Thank you for your time and attention to this matter. If you have any questions or concerns regarding the matter, please do not hesitate to contact me.

Respectfully submitted,

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC

/s/ William P. Perrelli

William P. Perrelli, Esq.
MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
Harborside Plaza 10

        3 Second Street, Suite 202
        Jersey City, NJ 073011
        *Attorneys for Defendants*
        **PARADISE TRIPS, LLC**
        **JAMES JOHNS**
        **RUSH ENTERPRISES INC.**
        **RUSH TRUCK LEASING INC.**
        **PACCAR INC.**
        **PACCAR LEASING CORPORATION &**
        **ESTHER KUBROCK DUBOSQUE**