

THE LAW OFFICES OF

# JOSEPH MONACO

August 1, 2024

VIA ELECTRONIC FILING

The Honorable James B. Clark, III
United States District Court of New Jersey
50 Walnut Street - Court Room MLK 2A
Newark, New Jersey 07102

                    **Re:**    **Flores v. Paradise Trips, LLC, et al**
                                 **Case No.: 2:23-cv-22894-EP-JBC**

Dear Judge Clark:

      My firm represents the plaintiff in the above matter.  There is a conference scheduled in this matter for August 8th at 11:00 to address discovery issues.  With the consent of Mr. Perrelli, I am respectfully requesting a time change on August 8th.

      The reason for the request is that I have to take my daughter to/from an oral surgery procedure that morning and I am not sure if I will be available at 11:00 for the scheduled conference.  I understand that the Court has availability on **August 8th  at 12:30 pm** and would respectfully request that the case be rescheduled for that time slot.

      Thank you in advance for the consideration of this request.

                        Respectfully submitted,

                        s/ *Joseph D. Monaco, III*
                        Joseph D. Monaco, Esq

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

*Admitted to Practice in NY & NJ*