**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 7, 2024

**LETTER ORDER**

Re:   **Flores v. Paradise Trips, LLC, et al.**
      **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) With respect to the disputes raised in the parties' June 23, 2024 joint letter to the Court [Dkt. No. 59], the Court orders the following:

   a) "Defendants PACCAR & Rush Interrogatory Responses"

      - Interrogatory 12: Defendants shall provide a response on behalf of PACCAR and shall direct Plaintiff to the relevant provision(s) of the FMCSA.

      - Interrogatory 13: Defendants shall provide a response on behalf of PACCAR and shall direct Plaintiff to the relevant provision(s) of the FMCSA.

      - Interrogatory 15: Defendants are not required to provide any further information.

      - Interrogatory 16: Defendants shall provide a fully responsive answer.

      - Interrogatories 18 & 19: Defendants shall respond to Plaintiff's forthcoming request for admissions on the relevant issues.

   b) "Rush's April 26, 2024 Response Notice to Produce":

- Demands 1, 3-6, 8, 11-14, 18, 30, 32, 36, 40-48, 51, 52: Defendants shall provide a specific answer, including a statement that no responsive documents exist where applicable.

- Demand 22: Defendants shall provide a responsive answer.

2) With respect to the issues raised in the parties July 31, 2024 joint letter to the Court [Dkt. No. 66], Defendants shall respond to the discovery requests referenced therein.

3) With respect to Plaintiff's request to file a Second Amended Complaint [Dkt. No. 67], Plaintiff shall file either a proposed consent order or a formal motion to amend by **September 13, 2024**.

4) Fact discovery shall be completed by **October 31, 2024**.

5) The Court will conduct a telephone status conference with the parties on **November 4, 2024 at 10:30 AM**. Counsel for Defendant Paradise Trips, LLC shall initiate the call.

**IT IS SO ORDERED.**

        s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**