UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA FLORES, : | : DOCKET NO.:  23-cv-22894 (EP) |
| Plaintiffs, : | |
| : | : CIVIL ACTION |
| vs. : | |
| : | |
| PARADISE TRIPS. LLC, JAMES JOHNS, : | |
| RUSH ENTERPRISES, INC., RUSH TRUCK : | |
| LEASING INC., PACCAR INC., PACCAR : | |
| LEASING CORPORATION, ESTHER : | |
| KUBROCK DUBOSQUE, OEG BUILDING : | |
| MATERIALS, INC., MILESTONE METALS, : | |
| INC., JOHN DOE 1 – 10 (fictitious Name), : | |
| ABC CORP. 1 – 10 (fictitious Name) : | |
| : | |
| Defendants. : | |
| MILESTONE METALS, INC. : | |
| : | |
| Third-Party Plaintiff : | |
| : | |
| vs : | |
| : | |
| OATES METAL DECK & BUILDING : | |
| PRODUCTS, INC., JOHN DOE 1–10 : | |
| (fictitious names), and ABC CORP. 1 – 10 : | |
| (fictitious Name) : | |
| : | |
| Third-Party Defendants : | |

**CONSENT ORDER**

The Parties jointly submit this Consent Order for approval and entry by the Court.

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may file a Third Amended Complaint to add

ARMSTRONG TRANSPORT GROUP, LLC and OATES METAL DECK BUILDING

PRODUCTS, INC., as direct defendants, within 10 days of the entry of this Order.

IT IS SO ORDERED this _____ day of _____ , 2024.


_____
JAMES B. CLARK, III
United States Magistrate Judge


The undersigned hereby apply for and consent to the entry of this Consent Order:

**FOR PLAINTIFF CHRISTINA FLORES**:

Dated: August 12, 2024


LAW OFFICE OF CRAIG A. SQUITIERI

By:    _s/ Craig A. Squitieri_____
Craig A. Squitieri, Esquire
240 Paramus Road, Suite 1
Ridgewood, New Jersey 07450
Phone: (201) 676-0018
Fax: (201) 535-0807
Email: craig@squitierilaw.com

THE LAW OFFICES OF JOSEPH MONACO, P.C.

By:    _s/ Joseph D. Monaco_____
Joseph D. Monaco, III, Esquire
800 Kinderkamack Road - Suite 202 South
Oradell NJ 07649
Phone: (201) 210-8546
Fax: (646) 807-4749
Email: jmonaco@monaco-law.com


**FOR DEFENDANTS PARADISE TRIPS. LLC, JAMES JOHNS, RUSH ENTERPRISES, INC., RUSH TRUCK LEASING INC., PACCAR INC., PACCAR LEASING CORPORATION, ESTHER KUBROCK DUBOSQUE:**

Dated: August 9, 2024


MARON MARVEL BRADLEY ANDERSON & TARDY LLC

By:    _s/ William Perrelli_____
William Perrelli, Esquire
3 Second Street, Suite 202
Jersey City, New Jersey 07311
Phone: (201) 839-2065
Fax: (201) 369-0800
Email: WPerrelli@maronmarvel.com

**FOR DEFENDANT OEG BUILDING MATERIALS, INC.**

Dated: August 9, 2024

    LAW OFFICES OF JAMES H. ROHLFING

    By:    _s/ D. Scott Conchar_____
            D. Scott Conchar, Esquire
            445 South Street, Suite 200
            Morristown, New Jersey 07960
            Phone: (973) 631-7309
            Fax: (855) 857-9822
            Email: DCONCHAR@travelers.com

**FOR DEFENDANT MILESTONE METALS, INC.**

Dated: August 9, 2024

    LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A.

    By:    _s/ Matthew E. Kennedy_____
            Matthew E. Kennedy, Esquire
            7 Ridgedvale Avenue
            Cedar Knolls, New Jersey 07927
            Phone: (973) 539-2090
            Fax: (973) 539-0806
            Email: mkennedy@lbmblaw.com

**FOR THIRD PARTY DEFENDANT OATES METAL DECK & BUILDING PRODUCTS, INC.**

    MCMANIMON, SCOTLAND & BAUMANN, LLC

    By:    _s/ Grant W. McGuire_____
            Grant W. McGuire, Esquire
            75 Livingston Avenue, Suite 201
            Roseland, New Jersey 07068
            Phone: (973) 622-4868
            Fax: (973) 622-7333
            Email: GMcGuire@MSBNJ.COM