

## THE LAW OFFICES OF
# JOSEPH MONACO

September 9, 2024

<u>VIA ELECTRONIC FILING</u>

The Honorable James B. Clark, III
United States District Court of New Jersey
50 Walnut Street - Court Room MLK 2A
Newark, New Jersey 07102

Re:   **Flores v. Paradise Trips, LLC, et al**
      <u>**Case No.: 2:23-cv-22894-EP-JBC**</u>

Dear Judge Clark:

My firm represents the plaintiff in the above matter.  Unfortunately, we are forced to bring this case back before Your Honor because we have not received the responsive discovery in accordance with the Court's Order dated August 7, 2024 (annexed for reference).

It appears that the defense is attempting to take advantage of the fact that the Order omitted a hard deadline for the discovery.  On that issue, on August 9th I sent an email to defense counsel with the presumption that 30 days was a reasonable deadline.  I received no response from my colleague.  I sent a follow up email on September 4th stating that we were expecting the discovery on September 6th and asking if counsel had any concerns about compliance.  Again, I received no response from my colleague.  A copy of my emails to counsel are annexed for reference.   Had there been a simple 2 sentence response stating that the defense needed a few more weeks – this matter would not be before the Court.

It is difficult to engage in good faith litigation practices when we are routinely ignored, and it appears that "delay" is the goal of the defense in this case.

I remain available at the Courts convenience to address any issues or concerns.

Respectfully,

*Joseph D. Monaco, III*

Joseph D. Monaco, Esq.

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

*Admitted to Practice in NY & NJ*

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 7, 2024

**LETTER ORDER**

Re:   **Flores v. Paradise Trips, LLC, et al.**
      **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons

set forth on the record, the Court orders as follows:

1) With respect to the disputes raised in the parties' June 23, 2024 joint letter to the Court [Dkt.

    No. 59], the Court orders the following:

    a) "Defendants PACCAR & Rush Interrogatory Responses"

        • Interrogatory 12: Defendants shall provide a response on behalf of PACCAR

            and shall direct Plaintiff to the relevant provision(s) of the FMCSA.

        • Interrogatory 13: Defendants shall provide a response on behalf of PACCAR

            and shall direct Plaintiff to the relevant provision(s) of the FMCSA.

        • Interrogatory 15: Defendants are not required to provide any further

            information.

        • Interrogatory 16: Defendants shall provide a fully responsive answer.

        • Interrogatories 18 & 19: Defendants shall respond to Plaintiff's forthcoming

            request for admissions on the relevant issues.

    b) "Rush's April 26, 2024 Response Notice to Produce":

- Demands 1, 3-6, 8, 11-14, 18, 30, 32, 36, 40-48, 51, 52: Defendants shall provide a specific answer, including a statement that no responsive documents exist where applicable.

- Demand 22: Defendants shall provide a responsive answer.

2) With respect to the issues raised in the parties July 31, 2024 joint letter to the Court [Dkt. No. 66], Defendants shall respond to the discovery requests referenced therein.

3) With respect to Plaintiff's request to file a Second Amended Complaint [Dkt. No. 67], Plaintiff shall file either a proposed consent order or a formal motion to amend by **September 13, 2024**.

4) Fact discovery shall be completed by **October 31, 2024**.

5) The Court will conduct a telephone status conference with the parties on **November 4, 2024 at 10:30 AM**. Counsel for Defendant Paradise Trips, LLC shall initiate the call.

**IT IS SO ORDERED.**

       s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

| From: | Joseph Monaco |
|---|---|
| To: | "William Perrelli"; "Craig Squitieri (craig@squitierilaw.com)" |
| Cc: | "Conchar, D. Scott"; "Matthew E. Kennedy" |
| Subject: | RE: Activity in Case 2:23-cv-22894-EP-JBC FLORES v. PARADISE TRIPS, LLC et al Order |
| Date: | Wednesday, September 04, 2024 2:02:47 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| Importance: | High |

William – I hope you enjoyed the end of the summer.

Based on my last email, we are expecting your outstanding discovery by Friday, September 6th.   Please let us know if you do not think you will be able to comply with the Court's August 7th Order in a timely manner.

Regards, JDM

Joseph D. Monaco, III
**The Law Offices of Joseph Monaco, P.C.**



Past Officer and Member of the Board of Directors,
New York State Trial Lawyers Association

**New York Office:**
192 Lexington Avenue - Suite 802
New York, NY 10016
**Office Phone**: 212-486-4244
**Cell Phone**: 516-830-3551
**Fax**: 646-807-4749

**New Jersey Office:**
800 Kinderkamack Road - Suite 202 South

Oradell NJ 07649
**Office Phone**: 201-210-8546
**Cell Phone**: 516-830-3551
**Fax**: 646-807-4749

**www.monaco-law.com**

  

**From:** Joseph Monaco
**Sent:** Friday, August 09, 2024 1:35 PM
**To:** William Perrelli <WPerrelli@maronmarvel.com>; Craig Squitieri (craig@squitierilaw.com) <craig@squitierilaw.com>
**Cc:** Conchar, D. Scott <DCONCHAR@travelers.com>; Matthew E. Kennedy <mkennedy@lbmblaw.com>
**Subject:** FW: Activity in Case 2:23-cv-22894-EP-JBC FLORES v. PARADISE TRIPS, LLC et al Order
**Importance:** High

William –

The Magistrate did not specify a deadline for your supplemental response based on his August 7th Order.  Can we presume that 30 days is a reasonable time for your client to comply?

Regards, JDM

Joseph D. Monaco, III
**The Law Offices of Joseph Monaco, P.C.**



Past Officer and Member of the Board of Directors,
New York State Trial Lawyers Association

**New York Office:**
192 Lexington Avenue - Suite 802
New York, NY 10016
**Office Phone**: 212-486-4244
**Cell Phone**: 516-830-3551
**Fax**: 646-807-4749

**New Jersey Office:**
800 Kinderkamack Road - Suite 202 South
Oradell NJ 07649
**Office Phone**: 201-210-8546
**Cell Phone**: 516-830-3551
**Fax**: 646-807-4749

**www.monaco-law.com**





**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Thursday, August 08, 2024 3:56 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-22894-EP-JBC FLORES v. PARADISE TRIPS, LLC et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/8/2024 at 3:55 PM EDT and filed on 8/8/2024

**Case Name:**      FLORES v. PARADISE TRIPS, LLC et al

**Case Number:**    2:23-cv-22894-EP-JBC

**Filer:**

**Document Number:** 71

**Docket Text:**
**LETTER ORDER Addressing the disputes raised re [59]; Defendant shall respond to discovery requests re [66]; Plaintiff shall file either a proposed consent Order or a formal motion to Amended by 9/13/2024. Scheduling a Telephone Status Conference on 11/4/2024 at 10:30 AM; Counsel for Defendant Paradise Trips, LLC shall initiate the call. Fact discovery shall be completed by 10/31/2024. Signed by Magistrate Judge James B. Clark on 8/7/2024. (jd, )**

**2:23-cv-22894-EP-JBC Notice has been electronically mailed to:**

CRAIG A. SQUITIERI      craig@squitierilaw.com, craigsquitieriesq@gmail.com

D. SCOTT CONCHAR      dconchar@travelers.com, jaspiazu@travelers.com, jpappace@travelers.com

GRANT W. MCGUIRE      gmcguire@msbnj.com

JOSEPH D. MONACO , III      jmonaco@monaco-law.com, vicky@monaco-law.com

MATTHEW E. KENNEDY      mkennedy@lbmblaw.com, sfarrell@lbmblaw.com

WILLIAM PERRELLI      wperrelli@maronmarvel.com

**2:23-cv-22894-EP-JBC Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/8/2024] [FileNumber=18687374-0
] [3e7a776c07339ee0656fdbd411d32ad193af7ea6641f09820531244f1e639c88c0f
c0839977a3de633aa9b24ee2cbba5d5c44618647a3960d5783d0f548ea3f6]]