# MARON MARVEL.

**William P. Perrelli**
Direct (201) 839.2065
wperrelli@maronmarvel.com

September 23, 2024

**VIA ECF**
Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

        **Re:**    **Flores v. Paradise Trips, LLC, et al.**
                **Case No.: 2:23-cv-22894-EP-JBC**

Judge Clark:

    As you are aware, this office represents Defendants Paradise Trips, LLC, James Johns, Rush Enterprises, Inc., Rush Truck Leasing, Inc., PACCAR Inc., PACCAR Leasing Corporation and Esther Kubrock Dubosque in the above-captioned matter. Please accept this letter as correspondence regarding the updated position of Defendants as it relates to discovery in the matter.

    As the Court is aware, Defendants have zealously worked to provide responses to Plaintiff's demands. As of September 23, 2024, Defendants have provided full and complete responses to the demands outlined in the August 7, 2024, Letter Order, other than the directives regarding Defendant James Johns. Notably, during the hearing which the Order was ultimately generated as a result of, Counsel for Defendants expressed a concern that it may be quite difficult, or potentially outside the realm of possibility, to produce the documents and information demanded of Mr. Johns. Counsel, however, can represent that he has been in recent contact with Mr. Johns and is working zealously to provide a proper response. Based upon the foregoing, Defendants respectfully request additional time to respond to the points of the Letter Order dealing specifically with Mr. Johns.

    Thank you for your time and attention to the matter.

*\* All discovery from Defendant James Johns shall be produced by October 9, 2024.*

**SO ORDERED**
    s/*James B. Clark*
  James B. Clark, U.S.M.J.
**Date:** 9/24/2024

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC

/s/ William P. Perrelli_____

William P. Perrelli, Esq.
MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
Harborside Plaza 10
3 Second Street, Suite 202
Jersey City, NJ 073011
*Attorneys for Defendants*
**PARADISE TRIPS, LLC**
**JAMES JOHNS**
**RUSH ENTERPRISES INC.**
**RUSH TRUCK LEASING INC.**
**PACCAR INC.**
**PACCAR LEASING CORPORATION &**
**ESTHER KUBROCK DUBOSQUE**