**06004.00364**
**MARSHALL DENNEHEY**
Leonard C. Leicht, Esq. (ID# 014701986)
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☏973-618-4100
🖶973-618-0685
✉ lcleight@mdwcg.com
*Attorneys for Defendants, Paradise Trips, LLC and Rush Enterprises, Inc., and Rush Truck Leasing, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA FLORES<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE TRIPS, LLC, JAMES JOHNS, RUSH ENTERPRISES, INC., RUSH TRUCK LEASING INC., PACCAR INC., PACCAR LEASING CORPORATION, JOHN DOE 1-10 (fictitious name), ABC CORP. 1-10 (fictitious name),<br><br>Defendants. | Civil Action No.: 2:23-cv-22894- EP-JBC<br><br>**CIVIL ACTION**<br><br>**NOTICE OF APPEARANCE** |

**TO:**   Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co counsel for Defendants, Paradise Trips, LLC and Rush Enterprises, Inc., and Rush Truck Leasing, Inc.

*Dated: January 2, 2025*

By *[signature]*
LEONARD C. LEICHT
Attorney ID#:  ID# 014701986

LEGAL/158822004.v1