### UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

February 5, 2025

### LETTER ORDER

Re:   **Flores v. Paradise Trips, LLC, et al.**
      **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Defendants' pending motion [Dkt. No. 115] is hereby **TERMINATED as moot**. The parties are directed to meet and confer regarding the scheduling of the examination of Plaintiff set forth in Defendants' motion.

2) Fact discovery shall be completed by **May 31, 2025**.

3) The Court will conduct a telephone status conference with the parties on **May 21, 2025 at 10:00 AM**. Counsel for Defendant OEG Building Materials, Inc. shall initiate the call.

**IT IS SO ORDERED.**

          s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**