**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 4, 2025

### LETTER ORDER

Re:   **Flores v. Paradise Trips, LLC, et al.**
      **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Fact discovery shall be completed by **October 31, 2025**.

2) Plaintiff's expert reports shall be served by **November 30, 2025**.

3) Defendants' expert reports shall be served by **December 31, 2025**.

4) The Court will conduct a telephone status conference with the parties on **November 5, 2025 at 10:30 AM**. Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

                                                                                                                       s/ James B. Clark, III
                                                                                                 **JAMES B. CLARK, III**
                                                                                                 **United States Magistrate Judge**