**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF  
**JAMES B. CLARK, III**  
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE  
50 WALNUT ST. ROOM 2060  
NEWARK, NJ 07102

November 5, 2025

**LETTER ORDER**

Re:   <u>Flores v. Paradise Trips, LLC, et al.</u>  
       **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **January 12, 2026 at 12:30 PM**. Counsel for Defendant Paradise Trips, LLC shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

                                                                                s/ James B. Clark, III  
                                                                                **JAMES B. CLARK, III**  
                                                                                **United States Magistrate Judge**