# MARON MARVEL.

William P. Perrelli
Direct (201) 839.2065
wperrelli@maronmarvel.com

December 30, 2025

**VIA ECF**
Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

   Re: **Flores v. Paradise Trips, LLC, et al.**
      Case No.: 2:23-cv-22894-EP-JBC

Judge Clark:

  This office represents Defendants Paradise Trips, LLC, James Johns, Rush Enterprises, Inc., Rush Truck Leasing, Inc., PACCAR Inc., PACCAR Leasing Corporation and Esther Kubrock Dubosque in the above-captioned matter.

  While Defendants have been working diligently to comply with all deadlines, due to the complicated nature of the matter as well as the extensive injuries alleged by Plaintiff, Defendants would respectfully request that the Court extend Defendants' time to provide expert reports. In making the request, Defendants would note that all necessary experts are currently in the process of preparing and providing reports, however, Defendants would request additional time in order to allow for service of those reports.

  We appreciate the Court's attention to this matter.

                MARON MARVEL BRADLEY ANDERSON & TARDY, LLC

                s/ William P. Perrelli

                William P. Perrelli, Esq.
                MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
                Harborside Plaza 10
                3 Second Street, Suite 202
                Jersey City, NJ 073011
                *Attorneys for Defendants*
                **PARADISE TRIPS, LLC**
                **JAMES JOHNS**
                **RUSH ENTERPRISES INC.**
                **RUSH TRUCK LEASING INC.**
                **PACCAR INC.**
                **PACCAR LEASING CORPORATION &**
                **ESTHER KUBROCK DUBOSQUE**