# MARON MARVEL.

William P. Perrelli
Direct (201) 839.2065
wperrelli@maronmarvel.com

December 30, 2025

**VIA ECF**
Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

\*In the absence of any explanation as to why an extension is necessary or specification as to the length of the extension requested, Defendants' request is DENIED without prejudice.

**SO ORDERED**

*s/James B. Clark, III*
James B. Clark, III, USMJ

Dated: 1/5/2026

Re:   **Flores v. Paradise Trips, LLC, et al.**
      **Case No.: 2:23-cv-22894-EP-JBC**

Judge Clark:

This office represents Defendants Paradise Trips, LLC, James Johns, Rush Enterprises, Inc., Rush Truck Leasing, Inc., PACCAR Inc., PACCAR Leasing Corporation and Esther Kubrock Dubosque in the above-captioned matter.

While Defendants have been working diligently to comply with all deadlines, due to the complicated nature of the matter as well as the extensive injuries alleged by Plaintiff, Defendants would respectfully request that the Court extend Defendants' time to provide expert reports. In making the request, Defendants would note that all necessary experts are currently in the process of preparing and providing reports, however, Defendants would request additional time in order to allow for service of those reports.

We appreciate the Court's attention to this matter.

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC

s/ William P. Perrelli

William P. Perrelli, Esq.
MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
Harborside Plaza 10
3 Second Street, Suite 202
Jersey City, NJ 073011
***Attorneys for Defendants***
**PARADISE TRIPS, LLC**
**JAMES JOHNS**
**RUSH ENTERPRISES INC.**
**RUSH TRUCK LEASING INC.**
**PACCAR INC.**
**PACCAR LEASING CORPORATION &**
**ESTHER KUBROCK DUBOSQUE**