# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

#### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

January 13, 2026

## LETTER ORDER

Re:    **Flores v. Paradise Trips, LLC, et al.**
       **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Defendants shall serve any responsive expert reports as well as any affirmative reports from any biomechanical experts by **February 27, 2026**. There will be **NO FURTHER EXTENSIONS** of this deadline.

2) Plaintiff shall serve any responsive biomechanical expert report by **April 15, 2026**.

3) The Court will conduct a telephone status conference with the parties on **April 6, 2026 at 10:30 AM**. Counsel for Defendants shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

_____ s/ James B. Clark, III _____
**JAMES B. CLARK, III**
**United States Magistrate Judge**