# MARON MARVEL.

**William P. Perrelli**
Direct (201) 839.2065
wperrelli@maronmarvel.com

February 27, 2026

**VIA ECF**
Hon. James B. Clark, III
United States District Court of New Jersey
Court Room MLK 2A
50 Walnut Street
Newark, NJ 07102

      Re:    **Flores v. Paradise Trips, LLC, et al.**
                **Case No.: 2:23-cv-22894-EP-JBC**

Judge Clark:

      This office represents Defendants Paradise Trips, LLC, James Johns, Rush Enterprises, Inc., Rush Truck Leasing, Inc., PACCAR Inc., PACCAR Leasing Corporation and Esther Kubrock Dubosque in the above-captioned matter.

      Defendants have been diligently working with our expert Jie Zhou, Ph.D., we have not yet received his report and intend to produce it immediately upon receipt.

      We sincerely apologize for the delay and appreciate the Court's attention to this matter.

                                    **MARON MARVEL BRADLEY ANDERSON & TARDY, LLC**

                                    s/ William P. Perrelli_____

                                  William P. Perrelli, Esq.
                                  MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
                                  Harborside Plaza 10
                                  3 Second Street, Suite 202
                                  Jersey City, NJ 073011
                                  *Attorneys for Defendants*
                                  **PARADISE TRIPS, LLC**
                                  **JAMES JOHNS**
                                  **RUSH ENTERPRISES INC.**
                                  **RUSH TRUCK LEASING INC.**
                                  **PACCAR INC.**
                                  **PACCAR LEASING CORPORATION & ESTHER KUBROCK DUBOSQUE**