## UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

April 8, 2026

## <u>LETTER ORDER</u>

Re:   <u>**Flores v. Paradise Trips, LLC, et al.**</u>
      **Civil Action No. 23-22894 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Defendants' affirmative biomechanical expert report of Dr. Zhou, although technically served one week after the expiration of the applicable deadline, shall be considered timely served for purposes of this litigation. Plaintiff shall have until **<u>May 22, 2026</u>** to serve a rebuttal report.

2) Because Defendants did not seek the Court's leave to serve an affirmative accident reconstruction expert report, Defendants shall not be permitted to serve such a report and any such report purported to be served shall not be a part of this litigation.

3) The Court will conduct a telephone status conference with the parties on **<u>May 26, 2026 at 12:00 PM</u>**. Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall exchange settlement positions. During the call, the Court will discuss the referral of this matter to arbitration or the scheduling of a settlement conference.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
